| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| Patton v. State | 49A02–1702–CR–287 | 08/09/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Love v. State | 47A01–1703–CR–544 | 08/09/2017 | VAIDIK, C.J.<br>MATHIAS, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Worrell v. Worrell | 06A01–1606–DR–1456 | 08/09/2017 | MAY, J.<br><br>NAJAM, J.<br>BAILEY, J. | Affirmed in part and remanded with instructions<br>Concurs<br>Concurs |
| Vargas–Rodriguez v. State | 71A03–1609–CR–2118 | 08/09/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Deverick v. State | 84A01–1703–CR–648 | 08/10/2017 | BRADFORD, J.<br>MAY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bohannon v. State | 49A04–1609–CR–2152 | 08/10/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| S.S., In re | 50A05–1703–JT–658 | 08/10/2017 | BRADFORD, J.<br>MAY, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| A.M., In re | 09A04–1701–JT–70 | 08/10/2017 | RILEY, J.<br>ROBB, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Reyes v. State | 32A01–1701–CR–101 | 08/10/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Norman v. State | 69A05–1611–CR–2661 | 08/10/2017 | BARNES, J.<br>BAKER, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| J.R.H. v. O.M.H. | 25A03–1611–DR–2534 | 08/10/2017 | BAKER, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Collier v. State | 15A04–1703–CR–560 | 08/10/2017 | BROWN, J.<br>NAJAM, J.<br>KIRSCH, J. | Affirmed<br>Concurs<br>Concurs |